UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* <br><br> **TITAN CONCRETE, INC.,**[1] <br><br> **Debtor.** | Chapter 11 <br><br> Case No. 23-35835 (KYP) |

### ORDER SHORTENING NOTICE OF HEARING ON DEBTOR'S MOTION TO SHORTEN NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER ENFORCING THE AUTOMATIC STAY AGAINST POINT H REALTY CORP. AND IMPOSING SANCTIONS BASED UPON POINT H REALTY CORP.'S WILLFUL VIOLATION OF THE AUTOMATIC STAY AND SCHEDULING HEARING

**WHEREAS**, on August __, 2024, Titan Concrete, Inc. (the "Debtor") filed a Motion for Order Shortening Notice of Hearing (the "Motion to Shorten Notice") with respect to the Debtor's motion pursuant to sections 105(a) and 362 of title 11 of the United States Code (the "Bankruptcy Code"), for entry of an order enforcing the automatic stay and imposing sanction against Point H Realty Corp. (the "Landlord") based upon its willful violation of the automatic stay (the "Motion to Enforce Stay"), seeking a hearing on the Motion to Enforce on the earliest date the Court has availability, pursuant to Rules 9006 and of the Federal Rules of Bankruptcy Procedure and S.D.N.Y. Local Bankruptcy Rule 9077-1,.  For good cause, it is hereby:

**ORDERED**, that the Motion to Shorten Notice is granted as set forth herein; and it is further;

**ORDERED**, that the notice period otherwise applicable to the Stay Relief Motion is hereby shortened and a hearing on the Stay Relief Motion is hereby scheduled on _____, 2024 at

---

[1] The Debtor's mailing address in this chapter 11 case is 301 Route 52, Carmel, NY, 10512, and the last four digits of the Debtor's tax identification number are 9724

10:00 a.m. (ET), in the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York; and it is further;

**ORDERED**, that any objections to the Motion to Enforce Stay shall be filed and served on or before _____, 2024 at 5:00 p.m. (ET), and it is further;

**ORDERED**, that the Motion to Enforce Stay and this Order shall be served upon (i) counsel for Landlord and (ii) counsel for the Official Committee of Unsecured Creditors by email, or overnight courier no later than _____, 2024, and it is further;

**ORDERED,** the terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and it is further;

**ORDERED**, that this Court will retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the implementation of this Order.