**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS**
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 679-8700
Fred Stevens
Sean C. Southard
Brendan M. Scott

*Counsel to the Debtor and Debtor in*
*Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| OLD CONCRETE CO., INC. | : | Case No. 23-35835 (KYP) |
|  | : |  |
| Debtor. | : |  |

-----------------------------------------------------------------x

**SUMMARY SHEET TO THIRD AND FINAL APPLICATION OF**
**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, AS COUNSEL TO**
**THE DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED**

| | |
|---|---|
| Name of Applicant: | Klestadt Winters Jureller Southard & Stevens, LLP |
| Authorized to Provide Professional Services to: | Titan Concrete, Inc., Debtor and Debtor in Possession |
| Effective Date of Retention | November 28, 2023 |
| Third Interim Application Period: | October 1, 2024 through January 15, 2025 |
| Compensation Sought as Actual, Reasonable and Necessary for Third Interim Application Period: | $135,772.50 |
| Reimbursement of Expenses Sought as Actual, Reasonable and Necessary during Third Interim Application Period: | $2,983.58 |

Number of Hours of Work Performed
During Third Interim Application Period:

190.60

Hourly Rate During
Representation Period
(not including paralegals):                    $771.85

Representation Period:                         November 28, 2023 through January 15, 2025

Compensation Sought as Actual,
Reasonable and Necessary for
Representation Period:                         $438,776.00

Reimbursement of Expenses Sought
as Actual, Reasonable and Necessary
during Representation Period:                  $5,995.93

Amount of Compensation Previously
Paid to Applicant on Account of
Representation Period:                         $236,007.54

Amount of Expense Reimbursement
Previously Paid to Applicant
During Representation Period:                  $3,012.35

Number of Hours of Work Performed
During Representation Period:                  617.95

Hourly Rate During
Representation Period
(not including paralegals):                    $766.22

This is an: _X_ interim _X_ final application.

**THIRD AND FINAL APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL <u>AND NECESSARY EXPENSES INCURRED</u>**

**Fees by Professional**
<u>**During Third Interim Application Period**</u>

| Name | Position/ Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Sean C. Southard | Partner, admitted in 2001. | 2024: $825 2025: $875 | 42.30 | $35,022.50 |
| Brendan M. Scott | Partner, admitted in 2006. | 2024: $750 2025: $795 | 126.60 | $95,332.50 |
| Stephanie Nocella | Paralegal. | 2024: $250 2025: $275 | 1.60 | $325.00 |
| Kristen Strine | Paralegal. | 2024: $250 2025: $275 | 4.80 | $1,205.00 |
| Lily Nevins-Perle | Paralegal. | 2024: $250 2025: $275 | 15.20 | $3,800.00 |
| **Total** | **Blended Hourly Rate: $** | | **190.60** | **$135,772.50** |

**Fees by Professional**
<u>**During Representation Period**</u>

| Name | Position/ Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Sean C. Southard | Partner, admitted in 2001. | 2023: $775 2024: $825 2025: $875 | 150.50 | 123,457.50 |
| Fred Stevens | Partner; admitted in 2000. | 2023: $775 2024: $825 2025: $875 | 11.20 | 8,695.00 |
| Brendan M. Scott | Partner, admitted in 2006. | 2023: $695 2024: $750 2025: $795 | 389.15 | $289,918.50 |
| Stephanie Nocella | Paralegal. | 2023: $250 2024: $250 2025: $275 | 2.90 | $650.00 |
| Kristen Strine | Paralegal. | 2023: $250 2024: $250 2025: $275 | 19.30 | $4,830.00 |

3

| Lily Nevins-Perle | Paralegal. | 2023: $250<br>2024: $250<br>2025: $275 | 44.90 | $11,225.00 |
| Total | **Blended Hourly Rate:** | $ | **617.95** | **438.776.00** |

**THIRD AND FINAL APPLICATION OF KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN
POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL
AND NECESSARY EXPENSES INCURRED**

**Fees by Project Category
Third Interim Application Period**

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Business Operations | 10.850 | $8,137.50 |
| Case Administration | 33.50 | $15,468.50 |
| Claims | 7.70 | $6,053.00 |
| Litigation & Discovery | 0.60 | $495.00 |
| Retention & Fees | 8.60 | $6,053.00 |
| Sale | 129.40 | $99,529.00 |
| **Total** | **190.60** | **$135,772.50** |

**Fees by Project Category
Representation Period**

| Billing Category | Total Hours | Total Compensation |
|---|---|---|
| Business Administration | 76.80 | $58,613.50 |
| Case Administration | 132.20 | $71,449.00 |
| Cash Collateral | 13.20 | $9,998.50 |
| Claims | 27.90 | $21,518.00 |
| Litigation & Discovery | 105.90 | $79,905.50 |
| Retention & Fees | 42.90 | $28,260.00 |
| Sale | 219.05 | $169,031.00 |
| **Total** | **617.95** | **$438,776.00** |

**THIRD AND FINAL APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, AS COUNSEL TO THE DEBTOR, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND <u>REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED</u>**

**Expenses
<u>Third Interim Application Period</u>**

| Disbursements | Amount |
|---|---|
| Filing Fees | $1,026.46 |
| Mailings | $1,369.49 |
| PACER | $12.50 |
| Photocopies | $251.40 |
| Postage | $323.73 |
| **Total Disbursements** | **$2,983.58** |

**Expenses
<u>Representation Period</u>**

| Disbursements | Amount |
|---|---|
| Filing Fees | $1,026.46 |
| Mailings | $1,369.49 |
| PACER | $218.20 |
| Photocopies | $722.50 |
| Postage | $794.68 |
| Westlaw | $1,808.60 |
| **Total Disbursements** | **$5,995.93** |

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS**
200 West 41st Street, 17th Floor
New York, New York 10036
(212) 679-8700
Fred Stevens
Sean C. Southard
Brendan M. Scott

*Counsel to the Debtor and Debtor in*
*Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| OLD CONCRETE CO., INC. | : | Case No. 23-35835 (KYP) |
|  | : |  |
| Debtor. | : |  |

----------------------------------------------------------------x

**THIRD AND FINAL APPLICATION OF KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN**
**POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL**
**AND NECESSARY EXPENSES INCURRED**

Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S" or "Applicant"), as counsel

for Old Concrete Co., Inc. f/k/a Titan Concrete, Inc. (the "Debtor") in the above-captioned chapter

11 case (the "Chapter 11 Case"), respectfully submits this Third and Final application

("Application"), pursuant to section 330(a) and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") and Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the

"Local Rules"), for allowance on, (i) an interim basis, of compensation for professional services

rendered as counsel to the Debtor and for reimbursement of actual and necessary costs and expenses

incurred in connection with KWJS&S's representation of the Debtor in the Chapter 11 Case during

7

the period from October 1, 2024 through January 15, 2025 (the "Third Interim Period"); and (b) a final basis, for the period of November 28, 2023 through and including January 15, 2025 (the "Representation Period") and in support of its Application, respectfully represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are section 330(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-1.

## BACKGROUND

2. On October 4, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Court"). The Debtor continues to manage and operate its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. The Court and interested parties are respectfully referred to the detailed description of the facts and circumstances surrounding the Chapter 11 Case is set forth in the *Declaration of Marc Ross in Support of Debtor's Chapter 11 Petition and First Day Pleadings*, filed on October 5, 2023 [Docket No. 9] (the "First Day Declaration").[1]

4. The Debtor previously sought to retain Polsinelli PC ("Polsinelli") as its general bankruptcy counsel by application dated October 12, 2023 [Docket No. 25] (the "Polsinelli Retention Application"). Certain parties stated objections to this Court's approval of the Polsinelli

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the First Day Declaration.

Retention Application asserting that Polsinelli lacks disinterestedness given the firm's prior representation of the Debtor's President, Michael Saccente ("Mr. Saccente").

5.     In light of the potential delays and distraction associated with quarreling over this alleged lack of disinterestedness for Polsinelli, the Debtor determined to retain KWJS&S as general bankruptcy counsel on a go forward basis and will request that the scope of Polsinelli's retention be modified to that of special litigation and construction law counsel pursuant to Section 327(e) of the Bankruptcy Code.

6.     On December 4, 2023, the Debtor filed its application to employ KWJS&S as attorneys for the Debtor (the "KWJS&S Retention Application") [Docket No. 40]. The KWJS&S Retention Application was granted by order of the Court dated December 29, 2023, *nunc pro tunc* to November 28, 2023 [Docket No. 138].

7.     On May 7, 2024, KWJS&S sought approval of interim fees and expenses through that certain *First Interim Application of Klestadt Winters Jureller Southard & Stevens, LLP, Attorneys For the Debtor and Debtor-In-Possession, Pursuant To Bankruptcy Code Sections 330 and 331 For Allowance of Compensation and Reimbursement of Expenses* [Docket No. 221] (the "First Interim Fee Application"). Through the First Interim Fee Application, KWJS&S sought approval for payment of fees in the total amount of $143,716.00 and expenses in the amount of $2,757.38 for the period November 28, 2023 through April 30, 2024 (the "First Interim Fee Period").

8.     By Order dated June 6, 2024, this Court granted the First Interim Fee Application and authorized and directed the Debtor to pay to KWJS&S $143,716.00 in fees and $2,757.38 in expenses [Docket No. 245] (the "First Interim Fee Order"). As of the date of this Third Interim Fee

Application, the Debtor has not made any payments to KWJS&S on account of the fees and expenses awarded by the First Interim Fee Order.

9. By Order dated November 21, 2024, this Court granted the Second Interim Fee Application and authorized and directed the Debtor to pay to KWJS&S $143,156.25 in fees and $254.97 in expenses [Docket No. 412] (the "Second Interim Fee Order"). As of the date of this Third Interim Fee Application, the Debtor has made aggregate payments in the amount of $239,019.89 to KWJS&S on account of the fees and expenses awarded in the First Interim Fee Order and Secon Interim Fee Order leaving an unpaid balance in the amount of $50,864.71.

## PROFESSIONAL FEE MATTERS

10. KWJS&S did not receive a retainer from the Debtor or any other party in relation to its engagement as counsel to the Debtor and currently does not hold any amount as a retainer.

11. By this Application, KWJS&S respectfully seeks an order of this Court, pursuant to Bankruptcy Code sections 330 and 331, allowing KWJS&S: (a) $135,772.50 as compensation for services rendered during the Third Interim Application Period on an interim basis, (b) $2,985.00 as reimbursement for expenses incurred during the Third Interim Application Period on an interim basis, and (c) authorizing and directing the Debtor to pay KWJS&S such allowed amounts.

12. All services performed and expenses incurred by KWJS&S for which compensation and reimbursement are requested were performed or incurred for and on behalf of the Debtor, were necessary, and were beneficial to the Debtor's estate.

13. Pursuant the United States Trustee Guidelines For Reviewing Applications For Compensation And Reimbursement Of Expenses Filed Under 11 U.S.C. § 330, dated January 30, 1996 (the "U.S. Trustee Guidelines") and General Order M-447 of the United States Bankruptcy

Court for the Southern District of New York, the Administrative Order Re: Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, dated January 29, 2013 ("General Order M-447"), KWJS&S has segregated its time entries during the Third Interim Application Period into the following project categories, which correspond to the major tasks undertaken by KWJS&S during the Third Interim Application Period:

A. Business Operations
B. Case Administration
C. Claims
D. Litigation & Discovery
E. Retention & Fees
F. Sale & Plan

14. A listing of the time charges and disbursement items corresponding to the foregoing project categories is attached hereto as **Exhibit A**. KWJS&S's time entry records by project code, recorded in six-minute increments are attached as **Exhibit B**. Although Applicant has attempted to segregate its time entries by project category, there may be some overlap of description in certain entries (for example, in situations in which multiple subjects were discussed in one telephone call or meeting, the particular telephone call or meeting may have been billed to the "Chapter 11 General" project category with a parenthetical listing of subjects discussed, rather than providing multiple billing entries in different project categories). Accordingly, the Court is respectfully requested to consider the following discussion of services rendered in its entirety in evaluating the reasonableness of the fees requested by KWJS&S.

**DESCRIPTION OF SERVICES PERFORMED DURING THE
REPRESENTATION PERIOD BY PROJECT CATEGORY**

A. **Business Operations**

15. The "Business Operations" project category encompasses activities undertaken by KWJS&S during the Third Interim Application Period in connection with (a) numerous meetings

11

and conference calls with the Debtor and its co-Chief Restructuring Officers (the "CROs") to discuss the status of the Debtor's operations, issues arising from and relating to the Debtor's continued operations, including without limitation, New York Department of Conservation discharge reporting, equipment financing and demands for adequate protection by prepetition lenders and (b) correspondence and telephone calls with the Debtor, counsel for the Official Committee of Unsecured Creditors (the "Creditor's Committee") and various creditor regarding payment of post-petition obligations and collection of receivable.

16. A total of 10.80 hours amounting to $8,137.50 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Application Period.

### B. Case Administration

17. The "Case Administration" project category encompasses activities undertaken by KWJS&S in connection with (a) attending status conferences and hearings on multiple motions, (b) correspondence and telephone calls with various interested parties, including among others, counsel for the Creditor's Committee and the Office of the united States Trustee regarding status of the case, status of various motions and the status of the Debtor's operations, (c) numerous meetings and correspondence with the Debtor and its CROs to discuss case status and strategy, (d) responding to creditor inquiries for information regarding the Debtor's case and operations, and (e) reviewing and editing monthly operating reports.

18. In most instances, the Case Administration category was used where a billing entry involved overlapping discussion or activity on more than one issue, such that such billing entry did not fit entirely within a single billing category.

19.     A total of 33.50 hours amounting to $15,468.50 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Application Period.

### C.     Claims

20.     The "Claims" project category encompasses activities undertaken by KWJS&S in connection with correspondence and telephone calls with various creditors regarding their alleged claims and (b) analyzing the claims of certain creditors.

21.     A total of 7.70 hours amounting to $6,053.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Application Period.

### D.     Litigation & Discovery

22.     The "Litigation & Discovery" project category encompasses activities undertaken by KWJS&S in connection with (a) reviewing, responding and appearing before the Court to argue in relation to motions to convert the case, as well as various motions seeking stay relief, (b) researching law on issues related to the aforementioned motions, (c) addressing stay violation concerns with the Debtor's former Bronx landlord by emergency motion, including seeking sanctions to permit the Debtor to proceed with a sale process, and (d) correspondence and telephone calls with the Debtor and counsel for the Creditors' Committee regarding the aforementioned matters.

23.     A total of 0.60 hours amounting to $495.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Application Period.

### E.     Retention & Fees

24.     The "Retention & Fees" project category encompasses activities undertaken by KWJS&S in connection with various fee and retention matters for the various professionals engaged by the Debtor.

25. A total of 8.60 hours amounting to $6,089.50 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Application Period.

**F.    Sale**

26. The "Sale" project category encompasses activities undertaken by KWJS&S in connection with the Debtors consideration of its options to exit chapter 11 through either a sale or plan scenario during the Third Interim Application Period, including (a) discussions and negotiations with potential stalking horse candidates; (b) discussions and negotiations with the Debtor's former landlord and its counsel concerning the asserted interests in various assets of the Debtor and implications for any sale process; (c) preparation of sale and bid procedures motions and orders, review and negotiation of asset purchase agreements and attending hearings thereon; (d) several discussions and correspondence with the Debtor, Committee and various representatives of interest parties concerning the foregoing, (e) conducting an auction, and (f) negotiating closing issues with interested parties following approval of the sale.

27. A total of 129.60 hours amounting to $99,529.00 in fees were incurred by KWJS&S in connection with this project category during the Third Interim Application Period.

**TIME AND DISBURSEMENT RECORDS AND STAFFING**

28. The persons at KWJS&S that assisted the Debtor on the above matters during the Third Interim Application Period are as follows:

a.    Sean C. Southard is a partner attorney employed by KWJS&S. Mr. Southard is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2001. Mr. Southard's hourly rates of $775 in 2023, $825 in 2024, and $875 in 2025

are reasonable and such rates were Mr. Southard's normal and customary rates during the period covered by this Application.

b.      Fred Stevens is a partner attorney employed by KWJS&S. Mr. Stevens is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2000. Mr. Southard's hourly rates of $775 in 2023, $825 in 2024, and $875 in 2025 are reasonable and such rates were Mr. Stevens' normal and customary rates during the period covered by this Application.

c.      Brendan M. Scott is a partner employed by KWJS&S. Mr. Scott is a graduate of the University of Pittsburgh School of Law. Mr. Scott was admitted to practice before this Court in 2006. Mr. Scott's hourly rates of $695 in 2023, $750 in 2024, and $795 in 2025 are reasonable and such rates were Mr. Scott's normal and customary rates during the period covered by this Application.

d.      Stephanie Nocella is a bankruptcy paralegal employed by KWJS&S.  Ms. Strine's hourly rates of $250 in 2023 and 2024 and $275 in 2025 are reasonable and such rate was Ms. Nocella's normal and customary rate during the period covered by this Application.

e.      Kristen Strine is a bankruptcy paralegal employed by KWJS&S.  Ms. Strine's hourly rates of $250 in 2023 and 2024 and $275 in 2025 are reasonable and such rate was Ms. Strine's normal and customary rate during the period covered by this Application.

f.      Lily Nevins-Perle is a bankruptcy paralegal employed by KWJS&S.  Ms. Nevins-Perle's hourly rates of $250 in 2023 and 2024 and $275 in 2025 are reasonable and

15

such rate was Ms. Nevins-Perle's normal and customary rate during the period covered by this Application.

29.     The total fee for the services rendered in connection with the Chapter 11 Case during the Third Interim Application Period is $135,772.50 based upon a total of 190.60 hours.  The blended hourly rate for all services provided during the Third Interim Application Period is $771.85 (not including paralegal time) and $712.34 (including all time).

30.     The total fee for the services rendered in connection with the Chapter 11 Case during the Representation Period is $438,776.00 based upon a total of 617.95 hours.  The blended hourly rate for all services provided during the Representation Period is $766.22 (not including paralegal time) and $719.75 (including all time).

## LEGAL AUTHORITY FOR REQUESTED COMPENSATION

### A.     General Standard of Review

31.     Section 330(a)(1) of the Bankruptcy Code provides that a bankruptcy court may award "reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and …reimbursement of actual, necessary expenses." See 11 U.S.C. §330(a)(1).

32.     When determining reasonable compensation for professionals, courts utilize the standards found within section 330 of the Bankruptcy Code. Section 330, and specifically subsection (a)(3), which was amended in 1994 to codify the factors historically relied upon by courts found in Johnson v. Georgia Highway Express, 488 F.2d 714 (5th Cir. 1977) and Am. Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291, 1294 (5th Cir. 1977).

33.     Under section 330(a)(3), the court is provided with latitude to consider "all relevant factors," with express enumeration of the following criteria:

(A)     the time spent on such services;

(B)     the rates charged for such services;

(C)     whether the services were necessary to the administration of, or beneficial at the time at which the services were rendered toward the completion of, a case under this title;

(D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. §330(a)(3).

57.     Courts in the Second Circuit have employed the "lodestar approach" for calculating judicial awards of compensation to attorneys. Developed by the Third Circuit in Lindy Bros. Builders Inc. v. American Radiator and Standard Sanitary Corp., 487 F.2d 161 (3d Cir. 1973), the "lodestar approach" involves multiplying the hours spent on a case, based on attorney time records, by a reasonable hourly rate of compensation for each attorney based on those normally charged for similar work by attorneys of comparable skill and experience, Arbor Hill Concerned Citizens Neighborhood Ass'n v. Cty of Albany, 522 F.3d 182, 186 (2d Cir. N.Y. 2007); Savoie v. Merchants Bank, 166 F.3d 456, 460 (2d Cir. 1999); Detroit v. Grinnell Corp., 560 F.2d 1093, 1098 (2d Cir. N.Y. 1977). The resulting "lodestar" figure is presumed reasonable.  Arbor Hill, 522 F.3d at 189;

17

<u>Madison Realty Capital, L.P. v. Morris</u>, 2009 U.S. Dist. LEXIS 129175, at *22 (S.D.N.Y. June 25, 2009) (citing <u>Arbor Hill</u>).

58.    Once calculated, the lodestar amount may be adjusted upward or downward to take into account the facts of the particular case. <u>See</u>, <u>Savoie v. Merchants Bank</u>, 166 F.3d at 460. Factors reflecting the litigation risk, complexity of the issues, contingent nature of the engagement, skill of the attorneys, and other factors may thereafter be employed to arrive at a reasonable and just compensation in excess of the lodestar figure. <u>Savoie v. Merchants Bank</u>, 166 F.3d at 460; <u>In re Flag Telecom Holdings</u>, 2010 U.S. Dist. LEXIS 119702, at *69 (S.D.N.Y. Nov. 5, 2010).

59.    Applicant respectfully submits that the services rendered and expenses incurred during the Third Interim and Representation Period for which Applicant seeks compensation and reimbursement clearly satisfy the requisite standards of reasonableness including, <u>inter alia</u>, the following:  the time and labor required; the novelty and difficulty of the questions and matters resolved; the skill required to perform the services properly; the experience, reputation and ability of the attorney performing the services; the fees charged and fees awarded in similar cases; the time involved; the undesirability of the case; and the results obtained.  KWJS&S respectfully submits that application of the foregoing criteria more than justifies awarding payment in full of the compensation requested in this Application because the number of hours expended by and the hourly rates of KWJS&S are more than reasonable.

**<u>DECLARATION PURSUANT TO BANKRUPTCY RULE 2016</u>**

60.    No agreement or understanding exists between the Debtor and any other person, or KWJS&S and any other person, for a division of compensation received or to be received for services rendered in or in connection with this Chapter 11 Case.

61.     No agreement or understanding prohibited by 18 U.S.C. §155 has been or will be made by KWJS&S.  The services were performed for and on behalf of the Debtor.

**WHEREFORE**, KWJS&S respectfully requests that this Court enter an order (a) allowing KWJS&S, on an interim basis, the sum of (i) $135,77250 for compensation for services rendered during the Third Interim Period, and (ii) the sum of $2,983.58 for reimbursement of expenses incurred during the Third Interim Period, (b) allowing KWJS&S, on a final basis, the sum of (i) $438,776.00 for compensation for services rendered during the Representation Period, and (ii) the sum of $5,995.93 for reimbursement of expenses incurred during the Representation Period; (c) authorizing and directing the payment to KWJS&S such allowed amounts to the extent not already paid pursuant to the First, Second and Third Interim Compensation Orders, any prior  holdback on those awarded fees; (d) authorizing and directing the Debtor to pay KWJS&S such allowed amounts; and (e) granting KWJS&S such other and further relief as the Court deems just and proper.

Dated:    New York, New York
          December 19, 2025

                              **KLESTADT WINTERS JURELLER**
                              **SOUTHARD & STEVENS, LLP**

                    By:   */s/ Brendan M. Scott*
                          Fred Stevens
                          Sean C. Southard
                          Brendan M. Scott
                          200 West 41st Street, 17th Floor
                          New York, New York 10036-7203
                          Tel: (212) 972-3000
                          Fax: (212) 972-2245
                          Email: fstevens@klestadt.com
                                 ssouthard@klestadt.com
                                 bscott@klestadt.com

                          *Counsel to Debtor and Debtor in Possession*

<u>**Exhibit A**</u>

**Fees by Project Category**
<u>**Third Interim Period**</u>

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Titan Concrete

|  | Hours | Units | Value |
|---|---|---|---|
| **Matter Description (First Line): Business Operations** | | | |
|  | 10.80 | 0.00 | 8,137.50 |
| **Matter Description (First Line): Case Administration** | | | |
|  | 33.50 | 0.00 | 15,468.50 |
| **Matter Description (First Line): Claims** | | | |
|  | 7.70 | 0.00 | 6,053.00 |
| **Matter Description (First Line): Litigation & Discovery** | | | |
|  | 0.60 | 0.00 | 495.00 |
| **Matter Description (First Line): Retentions & Fees** | | | |
|  | 8.60 | 0.00 | 6,089.50 |
| **Matter Description (First Line): Sale** | | | |
|  | 129.40 | 0.00 | 99,529.00 |
| **Grand Total:** | 190.60 | 0.00 | $135,772.50 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025 and fees

**Exhibit B**
(KWJSS Time Records)

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Business Operations** | | | | | | | |
| 10/01/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Emails with Mr. Peters re: Toyota stay relief motion. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 10/03/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Reviewing email from Mr. Peters re: Toyota stipulation resolving stay relief motion. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 10/07/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Emails with Mr. Saccente re: stipulation resolving Toyota stay relief motion. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 10/08/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Preparing draft of stipulation resolving Toyota stay relief motion [1.5], preparing email to Mr. Markowitz and Mr. Saccente re: proposed stipulation [.2], emails with Mr. Shubert, Mr. Ross, Mr. Wong and Mr. Saccente re: Axis Piping open balances [.4]. | Fees | 2.10 | 0.00 | 750.00 | 1,575.00 |
| 10/09/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Emails with Mr. Wong re: Axis Piping payments [.1], emails with Mr. Saccente re: Toyota stay relief motion [.1]. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/09/2024 | Southard, Sean | 11473.002/ Titan Concrete<br>Business Operations<br>Reviewing emails among Messrs. Markowitz, Scott and Malinowski concerning current cash, AR, etc. [.1]. | Fees | 0.10 | 0.00 | 825.00 | 82.50 |
| 10/10/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Reviewing email from Mr. Peters re: arrearage for Toyota stipulation resolving stay relief motion. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 10/15/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Preparing email to Mr. Saccente re: operating report. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 10/16/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Various emails with Mr. Shubert, Mr. Wong and Mr. Ross re: balance owed to Axis Piping. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |
| 10/17/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Reviewing email from Mr. Malinowski re: unpaid union benefits. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 10/18/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Telephone call with Mr. Malinowski re: payment of Axis Piping overdue balance [.1], emails with Mr. Ross and Mr. Shubert re: same [.2]. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/22/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Telephone call with Mr. Saccente re: status of Debtor after sale hearing [.2]; preparing letter to Axis Piping to exercise $1 purchase option [.7]. | Fees | 0.90 | 0.00 | 750.00 | 675.00 |
| 10/22/2024 | Southard, Sean | 11473.002/ Titan Concrete<br>Business Operations<br>Emails with Mr. Scott concerning purchase option and exercise for Axis [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 10/24/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Emails with Mr. Shubert re: $1 buyout of Axis Piping vehicles [.2], emails with Mr. Saccente and Mr. Wong re: same [.3], revising bill of sale and option letter [.2]. | Fees | 0.70 | 0.00 | 750.00 | 525.00 |
| 10/30/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Revising stipulation resolving Toyota stay motion [.1], emails to Messrs. Saccente, Ross and Malinowski re: authority to proceed with stipulation [.2], emails with Mr. Peters re: stipulation [.1], preparing draft of stipulation resolving First Citizens stay relief motion [.4]. | Fees | 0.80 | 0.00 | 750.00 | 600.00 |
| 10/31/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Revising stipulations resolving Toyota and First Citizens stay relief motions. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/01/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Emails with Mr. Peters re: stipulation resolving Toyota stay relief motion and purchaser's desire to assume obligations related to Hyundai loader. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 11/21/2024 | Southard, Sean | 11473.002/ Titan Concrete<br>Business Operations<br>Reviewing and responding to several emails concerning payment of fees and admin expenses with Messrs. Scott, Markowitz, Malinowski and Ross [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 11/25/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Emails with Mr. Saccente re: removal of vehicles from Bronx lot [.2]. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 11/26/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Emails with client and Ms. Penachio and Mr. Saccente re: removal of Debtor vehicles from Bronx property. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |
| 11/27/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Various emails and text messages with Mr. Malinowski, Ms. Penachio and Mr. Saccente re: removal of Debtor trucks from Bronx lot [.6], telephone calls with Ms. Penachio and Mr. Saccente re: same [.3]. | Fees | 0.90 | 0.00 | 750.00 | 675.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/03/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Preparing email to Mr. Saccente re: Debtor's name change certificate. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 12/04/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Preparing email to Mr. Ross and Mr. Malinowski re: name change certificate. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 12/13/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Emails with Mr. Saccente and Mr. Ross re: execution of name change certificate. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/16/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Researching lien priority of Debtor's mechanic's lien as related to collection efforts. | Fees | 1.00 | 0.00 | 750.00 | 750.00 |
| 12/17/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Emails with Ms. Strine and Mr. Wong re: name change amendment. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |
| 12/19/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Telephone call with Ms. Coelha re: Hyland Datacome payments [.3], email with Mr. Malinowski re: same [.1]. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/23/2024 | Scott, Brendan | 11473.002/ Titan Concrete<br>Business Operations<br>Reviewing emails from Mr. Malinowski and Mr. Markowitz re: collections. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| | | **Matter Description (First Line): Business Operations** | | **10.80** | **0.00** | | **8,137.50** |
| **Matter Description (First Line): Case Administration** | | | | | | | |
| 10/07/2024 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Filing Fee for Sale Motion. | FILEFEE | 0.00 | 1.00 | 199.00 | 199.00 |
| 10/07/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Preparing and transmitting service of Order Shortening Notice per Mr. Scott's request. | Fees | 5.60 | 0.00 | 250.00 | 1,400.00 |
| 10/07/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Postage for service of Order Shortening Notice. | POSTAGE | 0.00 | 225.00 | 0.69 | 155.25 |
| 10/07/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Postage for service of Order Shortening Notice to Canada. | POSTAGE | 0.00 | 1.00 | 1.65 | 1.65 |
| 10/08/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Preparing Declaration of Service for service of Order Shortening Notice and e-filing same per Mr. Scott's request. | Fees | 0.80 | 0.00 | 250.00 | 200.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/10/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Preparing service list for upcoming service. | Fees | 0.80 | 0.00 | 250.00 | 200.00 |
| 10/11/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Finalizing service list, ordering service through Certificate of Service, and corresponding with Certificate of Service and Mr. Scott regarding pricing. | Fees | 3.10 | 0.00 | 250.00 | 775.00 |
| 10/14/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>E-filing Declaration of Service from October 11th service, per Mr. Scott's request. | Fees | 0.10 | 0.00 | 250.00 | 25.00 |
| 10/15/2024 | Strine, Kristen | 11473.001/ Titan Concrete<br>Case Administration<br>Redacting bank statements, finalizing, and filing monthly operating report. | Fees | 0.70 | 0.00 | 250.00 | 175.00 |
| 10/16/2024 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Public Access to Court Electronic Records for Quarter ending September 30, 2024. | PACER | 0.00 | 1.00 | 12.50 | 12.50 |
| 10/18/2024 | Strine, Kristen | 11473.001/ Titan Concrete<br>Case Administration<br>Reserving court reporter for upcoming sale auction. | Fees | 0.20 | 0.00 | 250.00 | 50.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/21/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Registering guests, setting up Zoom in conference room, and printing copies per Mr. Scott's request. | Fees | 0.30 | 0.00 | 250.00 | 75.00 |
| 10/21/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Postage for re-sending returned mail to alternate address. | POSTAGE | 0.00 | 1.00 | 0.69 | 0.69 |
| 10/24/2024 | Strine, Kristen | 11473.001/ Titan Concrete<br>Case Administration<br>Ordering a certificate of good standing from CT. | Fees | 0.10 | 0.00 | 250.00 | 25.00 |
| 10/24/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Preparing and transmitting service of Amended Notice of Hearing, preparing declaration of service of same, and e-filing same, per Mr. Scott's request. | Fees | 4.50 | 0.00 | 250.00 | 1,125.00 |
| 10/24/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Postage for service of Amended Notice of Hearing. | POSTAGE | 0.00 | 236.00 | 0.69 | 162.84 |
| 10/24/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Postage for service of Amended Notice of Hearing to international addresses. | POSTAGE | 0.00 | 2.00 | 1.65 | 3.30 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/25/2024 | (None) | 11473.001/ Titan Concrete<br>Case Administration<br>CT Corporation invoice no. 32762145-RI<br>for Subsistence Certificate. | FILEFEE | 0.00 | 1.00 | 138.23 | 138.23 |
| 10/29/2024 | (None) | 11473.001/ Titan Concrete<br>Case Administration<br>CT Corporation invoice no. 32802168-RI<br>for Subsistence Certificate. | FILEFEE | 0.00 | 1.00 | 138.23 | 138.23 |
| 10/30/2024 | Strine, Kristen | 11473.001/ Titan Concrete<br>Case Administration<br>Emailing CT to request certificate of good<br>standing. | Fees | 0.10 | 0.00 | 250.00 | 25.00 |
| 10/31/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Photocopy and printing charges for October<br>2024. | PHOTOCOPY | 0.00 | 2,500.00 | 0.10 | 250.00 |
| 11/12/2024 | Stevens, Fred | 11473.001/ Titan Concrete<br>Case Administration<br>Certificate of Service fee for mailing<br>documents on 10/11/24. | MAILINGS | 0.00 | 1.00 | 1,369.49 | 1,369.49 |
| 11/12/2024 | Nocella, Stephanie | 11473.001/ Titan Concrete<br>Case Administration<br>Emails with Mr. Scott regarding escrow<br>wire transfer details to Aldo V. Vitagliano,<br>PC; telephone call with Mr. Vitagliano to<br>verify the wire instructions; preparing and<br>transmitting wire. | Fees | 0.30 | 0.00 | 250.00 | 0.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/14/2024 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Reviewing and analyzing Mestousis "joinder" to UST motion to convert case [.4], reviewing email from Mr. Ross re: joinder [.1]. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 11/15/2024 | Nocella, Stephanie | 11473.001/ Titan Concrete<br>Case Administration<br>Preparing escrow wire transfer to Debtor's new account per Mr. Scott's request; emails re same. | Fees | 0.20 | 0.00 | 250.00 | 50.00 |
| 11/21/2024 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Telephone call with Mr. Markowitz re: post-closing use of sale proceeds and payment of unpaid administrative expenses [.2], preparing email to Mr. Ross and Mr. Malinowski re: same [.1], emails with Mr. Ross and Mr. Markowitz re: payment of professional fees and other sale-related post-closing items [.5], emails with Mr. Saccente re: removal of Debtor property from Bronx facility [.2]. | Fees | 1.00 | 0.00 | 750.00 | 750.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/25/2024 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Reviewing September operating report and reviewing October operating report [.4], emails with Ms. Strine re: filing of operating reports [.1], Zoom meeting with Messrs. Southard, Malinowski, Ross and Markowitz to discuss post-closing status [.6]. | Fees | 1.10 | 0.00 | 750.00 | 825.00 |
| 11/25/2024 | Strine, Kristen | 11473.001/ Titan Concrete<br>Case Administration<br>Redacting, finalizing, and filing Operating Reports for September and October. | Fees | 0.80 | 0.00 | 250.00 | 200.00 |
| 11/26/2024 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Telephone call with Mr. Markowitz re: amended NYS tax claim, status and case direction after closing of sale [.2], telephone calls with Mr. Malinowski re: collection of Debtor property from Bronx lot [.2]. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |
| 12/03/2024 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Reviewing email from Mr. Ross with Fee statements for September and October 2024. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/04/2024 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Zoom meeting with Messrs. Ross, Malinowski, Markowitz and Southard to discuss administrative expense claims [.7], emails with Mr. Saccente re: value of GM vehicles [.1]. | Fees | 0.80 | 0.00 | 750.00 | 600.00 |
| 12/09/2024 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Preparing email to chambers re: adjournment of hearing [.2], reviewing email from Ms. Penachio re: objection to adjournment request [.1]. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |
| 12/13/2024 | Southard, Sean | 11473.001/ Titan Concrete<br>Case Administration<br>Emails with Messrs. Scott and Ross, etc. concerning closing and name change [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 12/14/2024 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Emails with Ms. Leonhard and Mr. Malinowski re: deposit account holding sale proceeds. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/16/2024 | Strine, Kristen | 11473.001/ Titan Concrete<br>Case Administration<br>Submitting certificate of amendment of company name to NY SOS [.1]; emailing NY SOS and making requested edits to form [.3]. | Fees | 0.40 | 0.00 | 250.00 | 100.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/20/2024 | Strine, Kristen | 11473.001/ Titan Concrete<br>Case Administration<br>Redacting and filing November MOR [.6];<br>drafting motion to amend caption [1.5]. | Fees | 2.10 | 0.00 | 250.00 | 525.00 |
| 12/23/2024 | Southard, Sean | 11473.001/ Titan Concrete<br>Case Administration<br>Several emails with Mr. Markowitz, et al. in<br>relation to fees and admin claim matters [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 12/26/2024 | (None) | 11473.001/ Titan Concrete<br>Case Administration<br>CT Corporation invoice no. 33367861-RI<br>for Amendment. | FILEFEE | 0.00 | 1.00 | 551.00 | 551.00 |
| 12/31/2024 | Nevins-Perle, Lily | 11473.001/ Titan Concrete<br>Case Administration<br>Photocopy and printing charges for<br>December 2024. | PHOTOCOPY | 0.00 | 14.00 | 0.10 | 1.40 |
| 01/02/2025 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Revising motion to amend caption and<br>proposed order [.4], preparing notice of<br>presentment and filing same on court docket<br>[.4], reviewing email from Mr. Schubert re:<br>Axis Piping receipt of new titles to vehicles<br>[.1], reviewing email from Mr. Malinowski<br>re: collection of receivables [.1], reviewing<br>email from Ms. Herbst re: Buyer removal of<br>assets from Bronx [.1]. | Fees | 1.10 | 0.00 | 795.00 | 874.50 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/02/2025 | Southard, Sean | 11473.001/ Titan Concrete<br>Case Administration<br>Emails concerning case conversion with Mr. Scott [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 01/03/2025 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Telephone call with Mr. Malinowski re: payment of administrative claims [.3], preparing email to serve motion to amend caption and filing same on court docket [.3]. | Fees | 0.60 | 0.00 | 795.00 | 477.00 |
| 01/06/2025 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Telephone call with Ms. Leonhard re: US Trustee motion to convert case [.1], emails with Mr. Markowitz re: conversion of case [.2]. | Fees | 0.30 | 0.00 | 795.00 | 238.50 |
| 01/06/2025 | Southard, Sean | 11473.001/ Titan Concrete<br>Case Administration<br>Several emails on case status, conversion and claim matters, etc. with Mr. Scott, et al. [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/07/2025 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Telephone calls with Mr. Markowitz in advance of hearing on US Trustee's conversion motion [.2], telephone call with Mr. Malinowski re: status of case [.1], reviewing file to prepare for hearing [.2], telephone call with Mr. Southard to discuss US Trustee motion to convert case [.2], attending hearing on US Trustee motion to convert case [.9]; telephone call with Mr. Malinowski after hearing [.2], preparing order authorizing payment of NY Tax Department secured claim [.8]; preparing email to Ms. Leonhard re: conversion of case [.1]. | Fees | 2.70 | 0.00 | 795.00 | 2,146.50 |
| 01/07/2025 | Southard, Sean | 11473.001/ Titan Concrete<br>Case Administration<br>Call with Mr. Scott concerning status and hearing preparation [.2]; appearing at hearing before Judge Paek on case conference and adjourned motion for conversion [.7]. | Fees | 0.90 | 0.00 | 875.00 | 787.50 |
| 01/08/2025 | Strine, Kristen | 11473.001/ Titan Concrete<br>Case Administration<br>Filing compensation reports for HBM. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/13/2025 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Emails with Mr. Ross and Ms. Leonhard re: submission of conversion order [.2], reviewing email from Mr. Schubert re: Axis Piping titles [.1]. | Fees | 0.30 | 0.00 | 795.00 | 238.50 |
| 01/13/2025 | Southard, Sean | 11473.001/ Titan Concrete<br>Case Administration<br>Reviewing emails among Messrs. Scott, Malinowski, et al. concerning conversion and timing [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 01/14/2025 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Emails with Mr. Ross re: status of case and conversion of case [.2], reviewing emails from Ms. Penachio and Mr. Markowitz re: Debtor property at Bronx facility [.1]. | Fees | 0.30 | 0.00 | 795.00 | 238.50 |
| 01/15/2025 | Scott, Brendan | 11473.001/ Titan Concrete<br>Case Administration<br>Reviewing order converting case and reviewing notice of appointment of trustee [.1], emails to Mr. Ross, Mr. Malinowski and Mr. Saccente re: conversion, appointment of trustee, cash and receivables [.4], and emails with Mr. Markowitz re: Saccente personal counsel [.1], telephone call with Mr. Southard re: conversion and transition issues [.3], emails with Ms. O'Toole re: background of case [.1]. | Fees | 1.00 | 0.00 | 795.00 | 795.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/15/2025 | Southard, Sean | 11473.001/ Titan Concrete<br>Case Administration<br>Reviewing order on conversion; related emails with Mr. Scott, et al. [.1]; call with Mr. Scott thereon [.2]; emails with same; CROs and trustee [.2]. | Fees | 0.50 | 0.00 | 875.00 | 437.50 |
| 01/15/2025 | Stevens, Fred | 11473.001/ Titan Concrete<br>Case Administration<br>Emails with Ms. O'Toole regarding meeting [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| | | **Matter Description (First Line): Case Administration** | | 33.50 | 2,985.00 | | 18,452.08 |

**Matter Description (First Line): Claims**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/28/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Telephone call with Ms. Patrick re: Global Enterprises post-petition claim. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 11/05/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Emails with client and Ms. Petrakov re: FUBO alleged administrative claim. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 11/07/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Reviewing email from Mr. Schtengel re: NY DEC alleged administrative claim. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/08/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Reviewing email from Mr. Alfin re: Panthers litigation related to claim against Debtor and Mr. Saccente [.1]; reviewing email from Mr. Schtengel re: NY DEC alleged administrative claims [.1]. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 11/11/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Reviewing email from Mr. Malinowski re: FUBO alleged administrative claim. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 11/15/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Telephone call with Ms. Petrakov re: status of closing efforts as related to payment of FUBO alleged administrative claim. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 11/18/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Emails with Mr. Schtengel re: alleged NY DEC post petition claim. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 11/19/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Telephone call with Ms. Petrakov re: FUBU alleged administrative claim. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/25/2024 | Southard, Sean | 11473.004/ Titan Concrete<br>Claims<br>Reviewing and responding to emails concerning conference and details of cash usage post sale closing [.2]; Zoom meeting with Messrs. Scott, Malinowski, Ross and Markowitz discussing admin claims and status [.6]. | Fees | 0.80 | 0.00 | 825.00 | 660.00 |
| 11/26/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Reviewing NYS Tax Department amended post-petition claim and preparing email to client re: filing of amended claim. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |
| 12/04/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Reviewing email form Mr. Craig re: post-petition balance owed to GM Financial [.1], reviewing email from Mr. Rock re: post-petition sales tax payments [.1], reviewing notice of withdrawal of stay relief motion filed by First Citizens [.1]. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |
| 12/04/2024 | Southard, Sean | 11473.004/ Titan Concrete<br>Claims<br>Reviewing file and email from Mr. Ross and Mr. Malinowski on admin claim accruals and then Zoom meeting with same and Messrs. Scott and Markowitz [.6]; call and email with Mr. Scott on secured tax claim [.2]. | Fees | 0.80 | 0.00 | 825.00 | 660.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/04/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Reviewing claims registry to conduct continued diligence on potential administrative expense distributions [.6], preparing email to Messrs. Ross, Markowitz, Malinowski and Southard [.1], telephone call with Mr. Southard re: NYS secured tax claim [.1]. | Fees | 0.80 | 0.00 | 750.00 | 600.00 |
| 12/05/2024 | Southard, Sean | 11473.004/ Titan Concrete<br>Claims<br>Reviewing emails concerning tax claims with Mr. Scott and Mr. Rock [.1]. | Fees | 0.10 | 0.00 | 825.00 | 82.50 |
| 12/06/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Reviewing email from Ms. Petrikov re: FUBU claim. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 12/11/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Emails with Mr. Shtengel re: NYS DEC claim. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/13/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Emails with Mr. Schtengel re: NYS DEC claim. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/17/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Telephone call with Ms. Petrikov re: FUBO administrative claim. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/27/2024 | Southard, Sean | 11473.004/ Titan Concrete<br>Claims<br>Reviewing several emails among Messrs. Ross and Malinowski related to admin claims and sale tax true-up [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 12/27/2024 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Reviewing email from Mr. Malinowski re: NYS sales tax. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 01/03/2025 | Southard, Sean | 11473.004/ Titan Concrete<br>Claims<br>Emails with Mr. Rock and Mr. Scott and then with Mr. Malinowski concerning wire info and claim payment [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 01/03/2025 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Various emails with Mr. Schtengel re: NY DEC administrative expense claim. | Fees | 0.30 | 0.00 | 795.00 | 238.50 |
| 01/06/2025 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Telephone call with Ms. Petrovik re: FUBO administrative expense claim [.1], various emails with Mr. Schtengel re: NY DEC claim [.2]. | Fees | 0.30 | 0.00 | 795.00 | 238.50 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/07/2025 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Reviewing proposed consent order received from DEC [.2], emails with Mr. Saccente, Mr. Ross and Mr. Malinowski re: proposed consent order [.1], emails with Mr. Schtengel re: proposed consent order [.3], reviewing email from Mr. Rock with NY State wire instructions [.1]. | Fees | 0.70 | 0.00 | 795.00 | 556.50 |
| 01/07/2025 | Southard, Sean | 11473.004/ Titan Concrete<br>Claims<br>Reviewing several emails concerning payment of claims and emails with Mr. Scott, et al. [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 01/08/2025 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Reviewing email from Mr. Schtengel re: NY DEC administrative claim. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |
| 01/09/2025 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Emails with Mr. Saccente and Mr. Schtengel re: NY DEC administrative claim. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |
| 01/10/2025 | Scott, Brendan | 11473.004/ Titan Concrete<br>Claims<br>Various emails with Mr. Schtengel and Mr. Saccente re: DEC consent order. | Fees | 0.20 | 0.00 | 795.00 | 159.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/14/2025 | Scott, Brendan | 11473.004/ Titan Concrete Claims Emails with Mr. Schtengel and Mr. Saccente re: NY DEC consent order. | Fees | 0.20 | 0.00 | 795.00 | 159.00 |
| 01/14/2025 | Southard, Sean | 11473.004/ Titan Concrete Claims Emails with Mr. Scott concerning NYS tax claim for admin [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| | | **Matter Description (First Line): Claims** | | 7.70 | 0.00 | | 6,053.00 |
| **Matter Description (First Line): Litigation & Discovery** | | | | | | | |
| 12/02/2024 | Southard, Sean | 11473.005/ Titan Concrete Litigation & Discovery Reviewing correspondence from Ms. Penachio and then emails with Messrs. Scott, Markowitz, et al. thereon [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 12/09/2024 | Southard, Sean | 11473.005/ Titan Concrete Litigation & Discovery Emails with Mr. Scott concerning requested adjournment of hearing; reviewing response from Ms. Penachio [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 12/16/2024 | Southard, Sean | 11473.005/ Titan Concrete Litigation & Discovery Reviewing emails among Messrs. Scott and Malinowski concerning KNR foreclosure [.1]; reviewing email from Mr. Scott to Ms. Penachio in relation to sale [.1]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| | | **Matter Description (First Line): Litigation & Discovery** | | 0.60 | 0.00 | | 495.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Retentions & Fees** | | | | | | | |
| 10/14/2024 | Southard, Sean | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Emails with Ms. Nocella and Mr. Scott concerning fee application and fees and expenses for period May through September [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 10/15/2024 | Southard, Sean | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Emails with Ms. Nocella and Mr. Scott concerning fee and expense information and fee application matters [.3]; preparing fee application and related emails with same [1.4]; further emails with Ms. Nocella and Mr. Scott thereon [.2]. | Fees | 1.90 | 0.00 | 825.00 | 1,567.50 |
| 10/15/2024 | Nocella, Stephanie | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Preparing billing report for the interim fee application for Mr. Scott; assisting with preparation of the interim fee application and emails with Messrs. Southard and Scott re same. | Fees | 0.90 | 0.00 | 250.00 | 225.00 |
| 10/17/2024 | Scott, Brendan | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Revising second interim fee application. | Fees | 1.50 | 0.00 | 750.00 | 1,125.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/17/2024 | Southard, Sean | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Reviewing emails from Mr. Scott and Mr. Markowitz on fee statement and application [.1]. | Fees | 0.10 | 0.00 | 825.00 | 82.50 |
| 10/17/2024 | Nocella, Stephanie | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Updating fee application per Mr. Scott's request. | Fees | 0.20 | 0.00 | 250.00 | 50.00 |
| 10/18/2024 | Southard, Sean | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Reviewing fee application notice. | Fees | 0.10 | 0.00 | 825.00 | 82.50 |
| 10/23/2024 | Scott, Brendan | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Revising second interim fee application and notice of hearing and filing same on court docket. | Fees | 0.90 | 0.00 | 750.00 | 675.00 |
| 11/19/2024 | Scott, Brendan | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Preparing proposed order granting second interim fee applications. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 11/19/2024 | Southard, Sean | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Attending and appearing for Titan at hearing before Judge Paek on sale stipulation and fee applications (time split between matters). | Fees | 1.30 | 0.00 | 825.00 | 1,072.50 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/20/2024 | Scott, Brendan | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Reviewing email form Court re: proposed order [.1], revising proposed order approving second interim fee applications and uploading same through ECF upload portal [.2], emails with Mr. Markowitz, Mr. Fiore and Mr. Ross re: payment of professionals' fees [.2]. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 12/03/2024 | Strine, Kristen | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Filing HBM fee statements. | Fees | 0.20 | 0.00 | 250.00 | 50.00 |
| 12/04/2024 | Southard, Sean | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Emails with Ms. Nocella and Mr. Scott concerning accrued fees; then emails to Messrs. Malinowski and Ross thereon [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 01/04/2025 | Scott, Brendan | 11473.006/ Titan Concrete<br>Retentions & Fees<br>Reviewing email from Mr. Ross re: HBM compensation reports. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |
| | | **Matter Description (First Line): Retentions & Fees** | | **8.60** | **0.00** | | **6,089.50** |

**Matter Description (First Line): Sale**

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/01/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Call with Mr. Scott concerning sale approval and status [.2]; reviewing several emails from same and Mr. Trevino on stalking horse [.2]. | Fees | 0.40 | 0.00 | 825.00 | 330.00 |
| 10/01/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>All hands call with Messrs. Saccente, Sash, Malinowski and Ross to discuss V&N APA [.9], emails with Mr. Ross re: Axis Piping title issues [.1], reviewing revised asset schedule received from Mr. Wong and emails with Mr. Wong re: same [.2], emails with Mr. Trevino re: digital profiles access and revised asset schedule [.3], emails with Mr. Saccente re: V&N offer [.1]. | Fees | 1.60 | 0.00 | 750.00 | 1,200.00 |
| 10/02/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Emails with Messrs. Scott, Trevino and Saccente concerning sale negotiation and diligence matters [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/02/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone calls with Mr. Trevino re: open issues re: APA [.2], emails with Mr. Saccente re: same [.2], reviewing email from Mr. Wong with information needed to open segregated bank account [.1]. emails with Mr. Markowitz re: status of sale process [.1]. | Fees | 0.60 | 0.00 | 750.00 | 450.00 |
| 10/03/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing various emails on sale details for Stalking horse bid [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 10/03/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Mr. Wong and Mr. Saccente re: digital profiles used by Debtor [.2]. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/04/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Mr. Trevino re: final V&N APA revisions [.2], various emails with Mr. Saccente and Mr. Trevino re: same [.3], reviewing and analyzing V&N final revisions to APA and preparing email to Mr. Saccente re: final form of APA [.2]; reviewing motion filed by Mestousis Enterprises seeking appointment of receiver over Kent Investors [.3], reviewing email from Mr. Ross re: newly opened bank account [.1], emails with Mr. Ross and Mr. Malinowski re: execution of APA [.2]. | Fees | 1.30 | 0.00 | 750.00 | 975.00 |
| 10/06/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Emails concerning APA and releases with Mr. Saccente, et al. | Fees | 0.10 | 0.00 | 825.00 | 82.50 |
| 10/06/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Mr. Saccente, and Mr. Southard re: Mr. Saccente request for release as part of sale process. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/07/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Revising motion papers and filing same on court docket [1.5], preparing email to chambers with motion papers and request to shorten notice [.2]; telephone call with Mr. Malinowski re: union benefit termination [.1], preparing declaration of service and filing same on court docket [.4]. reviewing and responding to email from Mr. Sash re: stalking horse bid [.2], emails with Mr. Trevino re: delivery of good faith deposit [.2]. | Fees | 2.60 | 0.00 | 750.00 | 1,950.00 |
| 10/07/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Emails concerning final APA signatures, bid procedures, and motion papers and service with Messrs. Sacccente, Trevino, Scott, et al. | Fees | 0.40 | 0.00 | 825.00 | 330.00 |
| 10/08/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Mr. Markowitz re: status of sale efforts [.1]; telephone call with Mr. Trevino re: origin of deposit payment [.1]; emails with Mr. Trevino re: same [.2]. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |
| 10/08/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Emails and discussion with Mr. Scott concerning sale status [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/09/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Email with Mr. Saccente re: Toyota stipulation and Axis Piping open balances [.2]; reviewing and responding to email from Ms. Volkov re: request for stalking horse APA in word format [.2], emails with Mr. Markowitz re: extending bidding deadline [.2], emails with Mr. Shterngel re: US Trustee motion to convert case [.1], emails with Mr. Malinowski re: Debtor's cash position [.1]. | Fees | 0.80 | 0.00 | 750.00 | 600.00 |
| 10/09/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing and responding to emails from Messrs. Scott and Markowitz; then with client reps on sale schedule [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 10/10/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Attending virtual hearing before Judge Paek concerning bidding procedures [.6]; reviewing and responding to several emails on service; reviewing documents for service [.2]. | Fees | 0.80 | 0.00 | 825.00 | 660.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/10/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Preparing for and attending sale hearing [1.0], preparing motion to shorten notice, proposed order and declaration in support [.8], revising bid procedures order, bidding procedures and sale notice to conform dates after hearing [.6], reviewing email from Mr. Trevino re: source of good faith deposit [.1], emails with Mr. Markowitz re: auction start time [.2]. | Fees | 2.70 | 0.00 | 750.00 | 2,025.00 |
| 10/11/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing and responding to several emails concerning service of sale and bid procedures, etc. [.2]; reviewing several emails concerning request for auction delay on account of Jewish holidays [.1]. | Fees | 0.30 | 0.00 | 825.00 | 247.50 |
| 10/11/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Revising bid procedures [1.1], and preparing email to notice of appearance parties to effectuate service of same [.1], emails with Ms. Volkov and Mr. Markowitz re: bidder request to adjourn auction [.2], emails and telephone calls with Ms. Nevins-Perle and Mr. Klestadt re: service of sale motion papers [.4]. | Fees | 1.80 | 0.00 | 750.00 | 1,350.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/12/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Revising bidding procedures [.5], various emails with Ms. Nevins-Perle and Ms. Garcia re: service of sale notice package [.3], telephone call wit Mr. Klestadt re: same [.1]. | Fees | 0.90 | 0.00 | 750.00 | 675.00 |
| 10/14/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Ms. Urban and Ms. Penachio re: bid deposit wire instructions [.2]; telephone call with Ms. Penachio re: sale process [.2]; emails with Mr. Markowitz re: auction timeline [.1]. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 10/14/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Emails in relation to sale and bids with Ms. Penachio and Mr. Scott [.1]. | Fees | 0.10 | 0.00 | 825.00 | 82.50 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/15/2024 | Scott, Brendan | 11473.007/ Titan Concrete Sale<br>Emails with Ms. Aisner and Ms. Urban re: wire instructions [.2], preparing email to Mr. Markowitz re: bid deposits received [.1]; reviewing bid submitted by Peter Mestousis [.5], reviewing and analyzing bid submitted by 101 Hudson [.5], various emails with Mr. Markowitz and Mr. Southard re: bids and auction procedures [.5], telephone call with Mr. Southard re: 101 Hudson bid [.1]; telephone call with Mr. Markowitz re: 101 Hudson bid [.1], preparing declaration of service relating to October 11 service of bid procedures order and order scheduling hearing on shortened notice and filing same on court docket [.3], reviewing and analyzing TomJack bid [1.0], emails with Mr. Saccente re: newly submitted bids [.2]. | Fees | 3.50 | 0.00 | 750.00 | 2,625.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/15/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing emails on bids and deposits from various parties [.2]; call with Mr. Scott discussing bids [.2]; reviewing Gotham bid package and related emails with Messrs. Scott and Markowitz [.3]; reviewing email from Ms. Penachio and Mestousis bid; responding to same and related emails with Messrs. Scott and Markowitz [.3]; reviewing and responding to further emails among Mr. Scott and client representatives concerning bids and process; emails with bidder counsel [.3]; reviewing and responding to emails on Carmel receivership and contingency on bids, suggestion for separate process with committee counsel [.2]. | Fees | 1.50 | 0.00 | 825.00 | 1,237.50 |
| 10/16/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Emails with Messrs. Scott, Markowitz, et al. concerning auction and bidder qualification [.3]; call with Mr. Scott discussing auction and sale process [.4]; emails with Mr. Scott concerning auction and process [.2]; reviewing and responding to several further emails on bidder attendance and auction matters with Mr. Scott, et al. [.2]. | Fees | 1.10 | 0.00 | 825.00 | 907.50 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

| 10/16/2024 | Scott, Brendan | 11473.007/ Titan Concrete Sale | Fees | 4.80 | 0.00 | 750.00 | 3,600.00 |

Telephone call with Ms. Penachio re: disclosure of bid by Mr. Saccente in state court action [.3], telephone call with Mr. Southard re: same [.4], telephone call with Mr. Malinowski re: status of sale process and qualified bidders [.1], telephone call with Mr. Ross re: status of sale process and qualified bidders [.3], telephone call with Ms. Urban re: certain property included in sale that is subject to liens [.1], preparing follow up email to Ms. Urban with listing of property subject to liens and contact information of counsel [.3], preparing emails to Ms. Penachio and Mr. Trevino re: same [.2], second telephone call with Mr. Malinowski re: qualified bidders [.1], telephone call with Mr. Markowitz re: same [.1], various emails with Mr. Saccente, Mr. Ross, Mr. Markowitz and Mr. Malinowski re: qualified bidders [.5], preparing notice of adjournment of auction and filing same on court docket [.5], various emails with counsel for qualified bidders re: request for attendance list [.2]; emails with Ms. Penachio and Mr. Vitagliano re: Carmel assets and revised bid from TomJack [.4], reviewing asset stalking horse APA and asset schedule to respond to emails from Ms. Penachio and Mr. Vitagliano [.4]; telephone all with Mr. Southard to discuss sale strategy and issues raised by Ms. Penachio [.6]; reviewing letter from Mr. Piscionere to state court in Kent Investors action re: disclosure of bid by Mr. Saccente [.1]; emails with Ms. Volkov re: auction procedure and Zoom attendance [.2].

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/17/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Emails with Mr. Scott and internally on auction process [.1]; emails with Mr. Scott on auction process [.1]; reviewing further emails on auction and open information items for sale to client from Mr. Scott [.2]. | Fees | 0.40 | 0.00 | 825.00 | 330.00 |
| 10/17/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Reviewing stalking horse asset schedule and schedules submitted by qualified bidders [.4], various emails to Mr. Wong, Mr. Haney, Mr. Craig and Mr. Peters are current balances owed on equipment and trucks [.4], telephone call with Mr. Malinowski [.1], telephone call with Mr. Malinowski and Mr. Ross re: closing issues and potential use of proceeds relating to sale [.5], preparing email to Mr. Ross, Mr. Malinowski and Mr. Saccente, re: Stamford lease [.1]. | Fees | 1.50 | 0.00 | 750.00 | 1,125.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/18/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Mr. Vitagliano re: issues arising from bid package [.2], reviewing bidding procedures and preparing outline and opening procedural remarks for auction [2.9]; telephone call with Francis Allesandro re: request to submit late bid [.1]; preparing email to Mr. Allesandro with bidding procedures [.1], emails with Mr. Markowitz, Mr. Ross, Mr. Saccente Mr. Malinowski and Mr. Southard re: same and qualification of TomJack bid [.4]; emails with Mr. Vitagliano re: revised TomJack bid [.2]; reviewing and analyzing revised TomJack bid [.4]; emails with Mr. Wong, Mr. Southard and Mr. Peters and all bidder's counsel re: First Citizens wheel loader [.3], telephone call with Mr. Southard to discuss auction procedures [.3]. | Fees | 4.90 | 0.00 | 750.00 | 3,675.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/18/2024 | Southard, Sean | 11473.007/ Titan Concrete Sale<br>Reviewing several emails among counsel to interested bidders and Mr. Scott [.3]; call with Mr. Scott in relation to sale matters [.2]; reviewing auction script and related emails with Mr. Scott [.4]; reviewing several further emails on conduct of auction, transcription, etc. [.3]; reviewing and responding to late proposal for bid and potential qualifications among Messrs. Scott, Markowitz, et al [.3]. | Fees | 1.50 | 0.00 | 825.00 | 1,237.50 |
| 10/19/2024 | Scott, Brendan | 11473.007/ Titan Concrete Sale<br>Emails with Ms. Strine re: court report for auction. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 10/20/2024 | Southard, Sean | 11473.007/ Titan Concrete Sale<br>Reviewing several emails concerning auction matters with Mr. Scott and Mr. Markowitz, including request for adjournment by Mr. McGrail, etc. | Fees | 0.40 | 0.00 | 825.00 | 330.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/20/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Ms. Strine re: court reporter [.1]; emails with Mr. McGrail and Mr. Markowitz re: request for further adjournment of auction [.3], preparing email to Mr. Allesandro with word version of stalking horse APA [.1]. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 10/21/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Preparing for auction [.9], revising sale order [.5], preparing Malinowski and Ross Joint Declaration in Support of Sale Motion [1.8], telephone call with Mr. Malinowski re: declaration revisions [.1], emails with Mr. Markowitz re: auction procedures [.2]; various emails with Mr. Saccente re: auction participation [.2], attending auction [1.5], revising Successful Bidder APA and Backup Bidder APA [1.0], conferring with Mr. Southard re: auction strategy [.2], preparing notice of selection of successful and backup bidders and filing same on court docket [.5]; emails with Ms. Urban and Mr. Vitagliano re: draft sale order [.2], reviewing email from Mr. Saccente with signed TomJack APA [1.], preparing email to Ms. Leonhard re: results of auction [.1]. | Fees | 8.20 | 0.00 | 750.00 | 6,150.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/21/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Preparing for auction [.2]; call with Mr. Scott thereon [.3]; reviewing Malinowski and Ross Joint Declaration in Support of Sale Motion [.3]; reviewing emails with Messrs. Scott and Markowitz re: auction procedures [.2]; attending auction [1.5], discussing with Mr. Scott auction results and closing strategy [.2]; reviewing various documents, including sale order, notice and revised APA and related emails with Messrs. Scott and Markowitz thereon [.5]. | Fees | 3.20 | 0.00 | 825.00 | 2,640.00 |
| 10/22/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Emails concerning bid revisions and APA approvals, deposits, etc [.2]; appearing for Debtor at sale approval hearing [1.8]; call with Mr. Scott and then adding Mr. Malinowski discussing closing matters [.4]; several emails with Messrs. Scott, Vitagliano and Markowitz, et al. on APA signatures and execution and closing matters [.4]. | Fees | 2.80 | 0.00 | 825.00 | 2,310.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for

### Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/22/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Preparing notice of proposed sale order and filing same on court docket [.7], preparing outline for sale hearing [1.3], attending sale hearing via Zoom [1.7], telephone call with Mr. Southard and Mr. Malinowski after hearing to discuss closing to do list [.5]; reviewing bidding procedures re: procedures for return of deposits and preparing emails to Ms. Penachio and Mr. Trevino re: return of deposits [.2]; emails with Mr. Saccente and Mr. Vitagliano re: purchaser's request for access to camera system, insurance information and employee list [.4]; telephone calls with Mr. Saccente re: TomJack closing issues [.2]. | Fees | 5.00 | 0.00 | 750.00 | 3,750.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/23/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Mr. Saccente re: Successful Bid [.4], telephone call with Mr. Southard re: same [.1], telephone call with Mr. Markowitz re: Carmel receiver [.2], reviewing various emails from Ms. Penachio, Mr. Piscionere, Mr. Martabani, Mr. Markowitz, Mr. D'Agostino and Mr. Southard re: Mr. Saccente motion to stay receiver order [.6], various emails with Mr. Vitagliano and Mr. Saccente re: closing items and equipment inspection [.7], telephone call with Mr. Malinowski re: Stamford lease payments [.3]. | Fees | 2.30 | 0.00 | 750.00 | 1,725.00 |
| 10/23/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Emails and call with Mr. Scott and joined by Messrs. Saccente and Sash in relation to allegations on sale process by winning bidder and Mestousis [.3]; further call with Mr. Scott thereon; then several emails with counsel to Mestousis/Tom Jack and committee concerning allegations of breach of duty by Mr. Saccente [.3]; reviewing OSC application by Mr. Saccente and related emails with Mr. Markowitz [.3]. | Fees | 0.90 | 0.00 | 825.00 | 742.50 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/24/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Mr. Malinowski re: closing items [.3]; telephone call with Mr. Southard re: closing issues [.4]; reviewing sale order as entered by Court [.2], preparing email to counsel for Successful Bidder and Backup bidder to advise regarding entry of sale order [.1], preparing email to Messrs. Ross, Malinowski and Saccente re: entry of sale order and need for cooperation to prepare for closing [.4], various emails with Mr. Vitagliano re same [.2]; reviewing By-Laws and preparing board resolution [.8], preparing shareholder resolution [.6], preparing closing certificate of seller [.4], emails with Mr. Trevino re: return of stalking horse deposit [.1]. | Fees | 3.50 | 0.00 | 750.00 | 2,625.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/24/2024 | Southard, Sean | 11473.007/ Titan Concrete Sale<br>Reviewing emails concerning information for closing from Mr. Scott [.1]; call with same discussing closing status [.3]; reviewing sale order and related emails [.1]; reviewing OSC and emails with Mr. Markowitz on effect on sale [.1]; further emails on sale deposit returns [.2]; emails in relation to various closing matters with Mr. Scott and counsel to purchaser parties [.2]; reviewing emails on board approval and resolution [.1]. | Fees | 1.10 | 0.00 | 825.00 | 907.50 |
| 10/25/2024 | Scott, Brendan | 11473.007/ Titan Concrete Sale<br>Telephone call with Mr. Saccente and Mr. Sash re: status of state court receiver proceedings [.3], emails with Mr. Saccente re: TomJack vehicles inspection [.2], revising Seller's Certificate [.1], researching law re: shareholder consent [.4], preparing Bill of Sale [.5], preparing assumption and assignment agreement [.3], various emails with Mr. Vitagliano and Mr. Wong re: closing deliverables [.3]. | Fees | 2.10 | 0.00 | 750.00 | 1,575.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for

### Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/25/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing and responding to several emails concerning Titan closing matters, deposit returns, etc. [.4]; reviewing emails on good standing certificate [.1]; several emails concerning inspection and closing with debtor representatives and Mr. Scott; emails with Ms. Penachio [.2]; call with Mr. Scott discussing same [.2]. | Fees | 0.90 | 0.00 | 825.00 | 742.50 |
| 10/27/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Various emails with Mr. Vitagliano and Mr. Saccente re: closing. | Fees | 1.20 | 0.00 | 750.00 | 900.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/28/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Reviewing and responding to numerous emails from Mr. Vitagliano, Mr. Southard and Mr. Saccente re: closing issues [1.8], Zoom meeting with Messrs. Southard, Ross and Saccente to discuss closing issues [[1.0], reviewing various provisions in TomJack APA as related to requests from TomJack [.4]; telephone call with Mr. Vitagliano and Mr. Southard re: closing issues [.4]; telephone call with Mr. Southard re: same [.1], telephone calls with Mr. Saccente re: closing issues and status of inspection [.3]; telephone call with Mr. Southard re: closing issues [.4]; telephone call with Mr. Malinowski re: closing issues [.2], telephone call with Ms. Andrane re: Stamford lease default [.1]. | Fees | 4.70 | 0.00 | 750.00 | 3,525.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/28/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing and responding to several emails with Messrs. Scott, Vitagliano, et al. concerning winning bidder closing issues and potential termination [.9]; Zoom meeting with Messrs. Ross, Scott, et al. [1.0]; call with Mr. Scott [.1]; call with Mr. Markowitz [.2]; several further emails with parties in interest concerning closing matters [.4]; further call with Mr. Scott and Mr. Vitagliano re: closing issues [.4]; telephone call with Mr. Scott re: same [.1], telephone call with Mr. Scott re: further closing issues [.4]; emails with Mr. McGrail [.1]. | Fees | 3.60 | 0.00 | 825.00 | 2,970.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/29/2024 | Scott, Brendan | 11473.007/ Titan Concrete Sale<br>Emails with Mr. Vitagliano re: closing issues [.2], telephone calls with Mr. Saccente re: Stamford lease and letter sent by Mr. Vitagliano [.5], telephone call with Mr. Southard re: closing issues [.4]; reviewing and analyzing letter from Mr. Vitagliano and preparing and revising letter response [2.0]; reviewing email from Mr. Vitagliano re: Stamford lease [.1]; telephone call with Mr. McGrail and Mr. Southard re: Backup Bidder willingness to close [.1], telephone call with Mr. Southard and Ms. Urban re: same [.1], follow up telephone call with Ms. Urban [.1], telephone call with Ms. Astone re: Stamford lease [.1], reviewing emails from Mr. Wong and Mr. Ross with insurance declaration pages and employee lists [.2]; emails with Mr. Schubert re: transfer of title to Axis Piping leased vehicles [.2], reviewing emails from Mr. Saccente re: summary of inspection with TomJack [.2]. | Fees | 4.20 | 0.00 | 750.00 | 3,150.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/29/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing and responding to several emails from Messrs. Vitagliano, Scott, Markowitz, et al. concerning closing of sale and various issues identified by buyer [.3]; call with Mr. Markowitz re: closing matters and winning bidder posture [.2]; telephone call with Mr. Scott re: closing issues [.4]; reviewing and responding to letter from Mr. Vitagliano and response from Mr. Scott [.4]; emails with Mr. McGrail [.1]; telephone call with Mr. McGrail and Mr. Scott re: Backup Bidder willingness to close [.1], telephone call with Mr. Scott and Ms. Urban re: same [.1]; further call with Mr. Scott [.1]; emails with Mr. Markowitz on lease issue [.1]; further call with Mr. Markowitz [.2]. | Fees | 2.00 | 0.00 | 825.00 | 1,650.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/30/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone calls with Ms. Urban re: backup bidder willingness to close transaction [.3], telephone calls with Mr. Saccente re: status of closing efforts [.2], telephone calls with Mr. Malinowski re: same [.2], telephone call with Mr. Southard and Mr. Markowitz re: same [.5]; various emails with Mr. Southard and Mr. Markowitz re: same [.4]; preparing stipulation to amend Backup Bidder APA [1.3], revising stipulation amending Backup Bidder APA and preparing email to Ms. Urban with stipulation [.2], reviewing comments from Mr. McGrail re: backup bidder stipulation [.1], telephone call with Mr. Markowitz re: stipulation amending Backup Bidder APA [.1], emails with Mr. Markowitz and Mr. Southard re: Mr. McGrail's comments [.2]. | Fees | 3.50 | 0.00 | 750.00 | 2,625.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/30/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Calls with Mr. Scott and Mr. Markowitz concerning lease in Stamford and sale status [.3]; reviewing email from purchaser counsel concerning termination and deposit return proposal [.1]; call with Mr. Scott concerning status of back-up bidder and proposal for lease terms in Stamford; then adding Mr. Markowitz [.5]; reviewing/responding to further emails on back-up bidder negotiation and landlord stipulation [.2]; reviewing and revising stipulation on APA for back-up bidder; related emails [.5]; reviewing revised stipulation with Mr. McGrail and emails with Messrs. Markowitz and Scott thereon [.2]. | Fees | 1.80 | 0.00 | 825.00 | 1,485.00 |
| 10/31/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Emails and call with Mr. Scott on switch to back-up bidder and status [.2]; emails with Mr. Scott and Messrs. McGrail and Markowitz in relation to Titan bidder and change [.3]; reviewing and responding to TomJack termination stipulation draft and related emails [.2]; further call with Mr. Scott [.1]; emails with Mr. Vitagliano and Mr. Scott and Mr. Markowitz [.2]. | Fees | 1.00 | 0.00 | 825.00 | 825.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/31/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Mr. McGrail re: amended Backup Bidder APA [.1], various emails with Mr. McGrail, Mr. Markowitz and Mr. Southard re: revised stipulation [.4], preparing email to Mr. Vitagliano re: termination of Successful Bidder APA [.2], preparing stipulation terminating Successful bidder APA [.5], preparing bill of sale, Seller's Certificate and Board Resolution related to 101 Hudson transaction [.4]; telephone call with Ms. Leonhard re: termination of Successful Bidder APA and amendment of Backup Bidder APA [.1], reviewing email from Ms. Leonhard in follow up to telephone call [.1], telephone call with Ms. Astone (Stamford Landlord counsel) [.2], reviewing email from Mr. Vitagliano re: termination of Successful Bidder APA [.1], emails with Mr. McGrail re: Backup Bidder's list of vehicles with balances that it wishes to purchase [.2]. | Fees | 2.30 | 0.00 | 750.00 | 1,725.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/01/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Ms. Astone, Mr. Markowitz, Mr. Ross, Mr. Malinowski, Mr. Saccente and Mr. Southard re: status [.6]; emails with Mr. Vitagliano and Mr. Southard re: stipulation termination TomJack APA [.4], revising stipulation terminating TomJack APA [.1], telephone call with Mr. Sash (Saccente personal counsel) re: status of sale process [.1], telephone call with Mr. Southard re: status of sale process [.2], preparing email to Mr. Schubert re: Axis Piping purchase option [.1]. | Fees | 1.50 | 0.00 | 750.00 | 1,125.00 |
| 11/01/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Emails with Messrs. Scott and Markowitz; then call with Mr. Scott concerning landlord for Stamford and sale transaction; further emails with client [.3]; further emails and call with Mr. Scott [.3]. | Fees | 0.60 | 0.00 | 825.00 | 495.00 |
| 11/04/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing and responding to several emails from Mr. Scott [.2]; further emails with same on closing matters and termination of back-up bidder; emails with Mr. Scott and Mr. McGrail concerning lease in Stamford [.2]. | Fees | 0.40 | 0.00 | 825.00 | 330.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/04/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Mr. McGrail re: closing issues [.2], emails with Mr. Markowitz and Mr. Southard re: stipulation terminating Successful Bidder APA [.1], telephone call with Mr. Sash re: Toyota financed vehicles [.1], text communications with Mr. Saccente re: status [.2], emails with Mr. Malinowski and Ms. Astone re: unpaid taxes relating to Stamford facility and reviewing tax bill [.3]. | Fees | 0.90 | 0.00 | 750.00 | 675.00 |
| 11/05/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Preparing email to Court to submit stipulation terminating Successful Bidder APA and uploading order through ECF upload portal [.6], preparing email to Mr. McGrail with drafts of closing deliverables [.3]; emails with Mr. McGrail and Mr. Kern re: closing issues [.3]; reviewing email from Mr. Kern re: assumption of Hyundai loader obligations [.1], telephone call with Mr. Kern re: same [.2], reviewing email from Mr. Schubert with signed bill of sale and lien releases [.1]. | Fees | 1.60 | 0.00 | 750.00 | 1,200.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/06/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Mr. Saccente re: status [.1], reviewing so ordered stipulation resolving Toyota stay relief motion and preparing email to client re: same [.1], reviewing so ordered stipulation terminating Successful Bidder APA and preparing emails to client and Mr. Vitagliano re: same [.2]. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |
| 11/07/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Ms. Urban re: status of sale [.1], preparing email to Mr. Kern re: same [.1], emails with Mr. Markowitz re: status [.1], telephone call with Mr. Saccente re: same [.1]. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |
| 11/08/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing and responding to various emails among Messrs. Scott, Markowitz, Saccente and Malinowski concerning operations and closing matters. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/08/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Various emails with Mr. Malinowski, Mr. Saccente and Mr. Markowitz re: lease assumption and assignment agreement relating to Stamford facility and status of closing efforts and operations [.5], telephone call with Ms. Urban re: closing schedule and cessation of operations [.1], reviewing email from Mr. Kern re: Buyer's comments on closing documents [.1]. | Fees | 0.70 | 0.00 | 750.00 | 525.00 |
| 11/11/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Reviewing Buyer's closing deliverable documents and revised Seller's closing deliverable documents [.2], emails with Mr. Kern and Mr. Markowitz re: status [.2]. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/12/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Mr. Southard re: status of sale [.1], preparing email to Mr. Kern re: closing date [.1], emails with Mr. Malinowski and Mr. Markowitz re: payment of post-petition balance owed to First Citizens [.2], telephone call with Mr. Malinowski re: post petition balance owed to First Citizens [.1], telephone calls with Mr. Kern re: same [.2], telephone call with Ms. Urban re: status of closing deliverables [.1], emails with Mr. Malinowski, Ms. Urban and Ms. Astone re: closing issues, assignment and assumption agreement and reviewing revised agreement [.6], emails with Mr. Vitagliano, Mr. Klestadt and Ms. Nocella re: return of good faith deposit to TomJack [.3]. | Fees | 1.70 | 0.00 | 750.00 | 1,275.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/13/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Ms. Penachio re: status of sale effort [.1], email with Mr. Malinowski re: same [.1], reviewing email from Mr. Schubert with Bill of Sale and preparing email to Mr. Saccente re: Axis Piping Bill of Sale [.2], telephone call and email with Mr. Malinowski re: closing prorations [.2]; various emails with Ms. Astone re: lease assignment agreement [.2], reviewing and responding to email from Mr. Saccente re: comparison of TomJack APA and 101 Hudson APA [.3]. | Fees | 1.10 | 0.00 | 750.00 | 825.00 |
| 11/13/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing several emails concerning closing matters with Mr. Scott and Mr. Malinowski. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/14/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Mr. Kern, Mr. Markowitz and Mr. Saccente re: closing documents and scheduling closing date [.5], revising Bill of Sale [.1], telephone call with Mr. Malinowski re: status of sale efforts and Mestousis "joinder" to motion to convert case [.1], telephone call and emails with Mr. McGrail and Ms. Urban re: Buyer request for price reduction [.3], telephone call with Mr. Southard re: same [.1], preparing email to Mr. Markowitz re: Buyer request for price reduction [.1], Zoom call with Messrs. Ross, Malinowski, Southard and Saccente to discuss Buyer request for reduced purchase price [.4], telephone calls with Mr. Markowitz re: same [.2]; reviewing signed assignment of lease received from Ms. Astone [.1], emails with Mr. Southard re: need for court approval of reduced purchase price [.1]. | Fees | 2.00 | 0.00 | 750.00 | 1,500.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/14/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing emails from Mr. Scott and counsel to landlord for Stamford on assignment and assumption [.1]; reviewing emails with counsel to purchaser thereon and Mr. Scott [.1]; emails with client and Mr. Markowitz concerning closing status and lease [.1]; further emails on requested change to sale by back-up bidder; related emails [.2]; call with Mr. Scott thereon [.2]; joining Zoom meeting with client and Mr. Scott, et al. [.2]. | Fees | 0.90 | 0.00 | 825.00 | 742.50 |
| 11/15/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Mr. Malinowski re: closing preparations [.3], telephone call with Mr. Malinowski re: status of closing efforts [.1], telephone call with Ms. Urban re: closing issues [.1], emails with Ms. Nocella and Mr. Ross re: wire of good faith deposit to Debtor's account [.2], emails with Mr. Saccente re: signed closing documents [.2], emails with Mr. Southard re: status of negotiations with Purchaser re: purchase price reduction and closing date [.2]. | Fees | 1.10 | 0.00 | 750.00 | 825.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/15/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing and responding to several emails concerning sale closing and open issues with Mr. Scott. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 11/17/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Ms. Urban re: closing price reduction [.1], emails with client, Mr. Southard Mr. Markowitz, Mr. Ross, Mr. Malinowski, Mr. Saccente and Ms. Urban re: same [.5]. | Fees | 0.60 | 0.00 | 750.00 | 450.00 |
| 11/17/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing and responding to several emails with Messrs. Scott, Markowitz, Malinowski, et al. concerning back-up bidder and purchase price reduction [.3]. | Fees | 0.30 | 0.00 | 825.00 | 247.50 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/18/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Ms. Urban and Mr. Kern re: closing price reduction, stipulation amended APA and Buyer's assumption of Debtor's obligations relating to 2022 Hyundai loader [.5], preparing email to Mr. Peters re: Buyer's assumption of obligations related to 2022 Hyundai loader [.1], telephone calls with Mr. McGrail and Ms. Urban re: same [.4], preparing stipulation re: price reduction [2.0], various emails with Messrs. Ross, Malinowski and Saccente re: closing issues [.4]; various emails with Mr. Markowitz and Mr. Southard re: same [.5]; telephone call with Ms. Leonhard re: status of case [.1], telephone call with Mr. Southard to discuss strategy regarding stipulation amending APA and upcoming court hearing [.3]; telephone call with Mr. Malinowksi re: status of closing efforts and hearing preparation [.2]. | Fees | 4.50 | 0.00 | 750.00 | 3,375.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/18/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing various emails with Mr. Scott and Ms. Urban re: closing price reduction and stipulation amended APA [.2]; then various emails with Messrs. Scott, Ross, Malinowski and Saccente re: closing issue [.2]; various emails with Mr. Markowitz and Mr. Scott re: same [.5]; telephone call with Mr. Scott to discuss strategy regarding stipulation amending APA and upcoming court hearing [.3]. | Fees | 1.20 | 0.00 | 825.00 | 990.00 |
| 11/19/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Preparing for and attending omnibus hearing [3.8], various emails with Ms. Urban and Mr. Markowitz re: closing logistics [.3], various emails with Messrs. Ross, Malinowski and Saccente re: closing logistics [.2], telephone call with Ms. Urban re: same [.1], reviewing and responding to email from Mr. Astone re: request for status of sale [.1]. | Fees | 4.50 | 0.00 | 750.00 | 3,375.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
### for
### Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/19/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Call with Mr. Scott concerning status of sale and hearing intentions [.2]; attending and appearing for Titan at hearing before Judge Paek on sale stipulation and fee applications (time split between matters) [1.3]; several emails in relation to closing concerns with Messrs. Scott and Markowitz and counsel to purchaser [.2]. | Fees | 1.70 | 0.00 | 825.00 | 1,402.50 |
| 11/20/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Mr. McGrail, Ms. Urban, Mr. Ross, Mr. Kern, Mr. Markowitz and Mr. Malinowski re: transfer of purchase price and post-closing requests for information [1.0], telephone calls to Mr. Malinowski and Mr. Ross re: same [.2], email to Mr. Malinowski and Mr. Ross re: post-closing payments [.4], emails with Mr. Haney re: request for wire instructions and withdrawal of motion [.2]. | Fees | 1.80 | 0.00 | 750.00 | 1,350.00 |
| 11/20/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Several emails with Mr. Scott and Messrs. Markowitz, Malinowski and Ross in relation to closing and use of proceeds to pay outstanding first interim fees and other required admin claims [.3]; call with Mr. Markowitz thereon [.1]. | Fees | 0.40 | 0.00 | 825.00 | 330.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/21/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Mr. Kern and Mr. Wong re: post-closing transfer of titles and insurance [.5], telephone call with Mr. Kern re: post-closing requests for titles and insurance information [.2], emails with Mr. Trevino re: payment of breakup fees [.1]. | Fees | 0.80 | 0.00 | 750.00 | 600.00 |
| 11/21/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Several emails with Mr. Scott and Messrs. Kern, Markowitz, et al. concerning funding of purchase and proceeds and transfer of title [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 11/22/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Mr. Wong and Mr. Schubert re: copies of titles to vehicles formerly owned by Axis Piping [.2], preparing email to Ms. Astone re: wire transfer to landlord [.1], preparing email to Mr. Kern re: wire transfers to BMO Bank and Shortline Properties [.1], preparing email to Mr. Haney re: wire transfer to BMO Bank and request for release of lien [.1], emails with Mr. Peters with request for wire instructions and balance to facilitate payment to First Citizens Bank [.2]. | Fees | 0.70 | 0.00 | 750.00 | 525.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/22/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing various emails in relation to closing matters [.1]; discussing post-closing matters with Mr. Scott [.1]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 11/25/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Preparing notice of sale and filing same on court docket [.4], emails with Ms. Penachio and Mr. Kern re: closing of sale transaction [.3], telephone call with Mr. Kern re: post-closing issues [.1], reviewing email from Mr. Wong with lien releases to be passed along to Buyer's counsel [.1]. | Fees | 0.90 | 0.00 | 750.00 | 675.00 |
| 11/26/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Mr. Kern re: post closing issues [.2], telephone call with Mr. Malinowski re: same [.1], emails with Mr. Schubert re: Axis Piping titles [.1]. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |
| 11/26/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing several emails among Ms. Penachio and Mr. Scott, et al. on truck removal from Bronx and related closing matters [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/27/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing several emails among Messrs. Scott, Saccente and Ms. Penachio concerning post-closing asset retrieval from Bronx and truck title issues [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 11/27/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Various emails with Messrs. Malinowski, Schubert, Haney and Saccente re: copies of titles to vehicles purchased from Axis Piping [.4], telephone call with Mr. Malinowski re: same [.1]; reviewing email from Mr. Trevino confirming stalking horse bidders receipt of break up fee [.1], researching law re: name change and preparing certificate of amendment of certificate of incorporation [.6]. | Fees | 1.20 | 0.00 | 750.00 | 900.00 |
| 12/02/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Reviewing letter from Ms. Penachio re: removal of purchased assets from Bronx facility [.1], emails with Mr. Markowitz and Mr. Southard re: Penachio letter [.2], reviewing and responding to email from Mr. Wong re: Axis Piping titles [.1]. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/05/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Reviewing emails from Ms. Penachio, Ms. Herbst and Ms. Urban re: removal of property from Bronx facility. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |
| 12/09/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Mr. Herbst re: Buyer refusal to release property not listed on assets spreadsheet, email to Mr. Herbst in follow up to call. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/10/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Telephone call with Ms. Herbst re: Bronx landlord refusal to allow Buyer to remove property from Bronx, emails with Ms. Penachio and client re: same [.2], telephone call with Mr. Malinowski re: Debtor property located on Bronx lot [.2], reviewing email from Ms. Penachio re: Debtor property in Bronx facility [.1]. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 12/10/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing and responding to various emails concerning post-sale asset matters with Ms. Penachio and Mr. Scott [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/11/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Mr. Saccente, Ms. Penachio and Ms. Herbst re: Debtor property and Bronx landlord refusal to allow Buyer to remove certain property. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/11/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Emails on post-closing matters with Mr. Scott, et al. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 12/12/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Mr. Saccente, Ms. Penachio and Ms. Herbst re: Debtor assets located on Bronx plant facility [.4], reviewing email from Mr. Malinowski re: sale of trucks [.1], emails with Mr. Wong and Mr. Malinowski re: Axis Piping titles [.2]. | Fees | 0.70 | 0.00 | 750.00 | 525.00 |
| 12/12/2024 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing and responding to several emails on post-closing matters [.2]. | Fees | 0.20 | 0.00 | 825.00 | 165.00 |
| 12/16/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Ms. Herbst and Ms. Penachio re: Buyer removal of property. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

client sort begins with 'titan' and date is >=10/1/2024 and date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP
## Informational Fee Statement
## for
## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/17/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Reviewing email from Ms. Penachio re: Debtor property on Bronx facility. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 12/26/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Reviewing emails from Ms. Penachio and Ms. Herbst re: dispute between Buyer and Bronx landlord over removal of purchased assets. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/27/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Reviewing emails from Ms. Penachio and Ms. Herbst re: removal of property from Bronx facility. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/29/2024 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Reviewing email from Ms. Penachio and Ms. Herbst re: removal of property from Bronx facility. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 01/08/2025 | Southard, Sean | 11473.007/ Titan Concrete<br>Sale<br>Reviewing further sale order entered and related emails with Messrs. Scott, Markowitz and Stevens [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Titan Concrete

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/15/2025 | Scott, Brendan | 11473.007/ Titan Concrete<br>Sale<br>Emails with Ms. Herbst re: Purchaser's inability to remove items from Bronx facility and appointment of Chapter 7 trustee. | Fees | 0.20 | 0.00 | 795.00 | 159.00 |
| | | **Matter Description (First Line): Sale** | | 129.40 | 0.00 | | 99,529.00 |
| | | **Grand Total:** | | 190.60 | 2,985.00 | | $138,756.08 |

client sort begins with 'titan' and date is >=10/1/2024 and
date is <=1/15/2025